**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, | |
| *Plaintiff,* | Civil Action No. 26–cv–7872 |
| v. | District Judge Steven C. Seeger |
| NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION and UNION PACIFIC RAILROAD COMPANY, | Magistrate Judge Maria Valdez |
| *Defendants.* | |

***AGREED* MOTION FOR EXTENSION OF TIME FOR**
**UNION PACIFIC RAILROAD COMPANY TO FILE RESPONSIVE PLEADING**

Plaintiff ACE American Insurance Company and Defendant Union Pacific Railroad Company agree and respectfully request an extension of twenty-one days of Union Pacific's time to answer or otherwise plead in response to ACE American's Complaint. In support of this Agreed Motion, the parties state the following:

1.      ACE American filed its Complaint on July 1, 2026 in the Circuit Court of Cook County. [ECF 1-1.]

2.      Union Pacific received a copy of ACE American's Complaint on July 2, 2026 and removed this action on July 6, 2026. [ECF 1.]

3.      Under Rule 81(c)(2)(A) of the Federal Rules of Civil Procedure, Union Pacific's deadline to serve its answer or other responsive pleading is currently July 23, 2026.

4.      Counsel for ACE American and Union Pacific have conferred and agreed to a twenty-one-day extension of time in which Union Pacific may file a responsive pleading to the Complaint, up to and including August 13, 2026.

5. The parties have entered this agreement and submit this Agreed Motion to ensure adequate presentation of the issues in this action and not for any purpose of delay.

WHEREFORE, ACE American Insurance Company and Union Pacific Railroad Company respectfully request that this Court grant this Agreed Motion and enter an order extending Union Pacific's time in which to file a responsive pleading to August 13, 2026.

Dated: July 16, 2026

Respectfully submitted,

/s/ Cory D. Anderson
Cory D. Anderson
Edward F. Kuester IV
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
(312) 494-1000
canderson@rfclaw.com
ekuester@rfclaw.com

Counsel for Plaintiff
ACE American Insurance Company

/s/ Blake J. Kolesa
Matthew J. Fischer
Jeffrey W. Gordon
Blake J. Kolesa
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
(312) 471-8700
mfischer@rshc-law.com
jgordon@rshc-law.com
bkolesa@rshc-law.com

Alison M. Gutierrez
UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, MS 1580
Omaha, NE 68179
(402) 544-3701
alison.gutierrez@up.com

Counsel for Defendant
Union Pacific Railroad Company